FILED

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY LLOYD KALSO,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BUTTE COUNTY SUPERIOR COURT,<br><br>　　　　　　Respondent. | No. 24-1739<br><br>D.C. No.<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　Zachary Lloyd Kalso has filed a petition for writ of habeas corpus on the form approved by the Judicial Council of California challenging his pending criminal proceedings in Butte County Superior Court case number 23CF04589.

　　When a petition for writ of habeas corpus is filed in the court of appeals, "the application must be transferred to the appropriate district court." Fed. R. App. P. 22(a); *see* 28 U.S.C. §§ 1631, 2241(b). Because Kalso is challenging his detention arising out of criminal proceedings in Butte County, the Clerk will transfer the petition filed at Docket Entry No. 1, and the motions filed at Docket Entry Nos. 4 and 5, to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 495 (1973) (under § 2241, the court issuing the writ must have jurisdiction over the custodian). The petition is deemed filed on

March 15, 2024, the date on which it was signed. *See Butler v. Long*, 752 F.3d 1177, 1178 n.1 (9th Cir. 2014) (assuming petitioner turned his petition over to prison authorities on the day it was signed and applying the mailbox rule).

Because the petition is being transferred to the district court, this court takes no action on the pending motions.

The Clerk will also serve this order on the district court.

Upon transfer of the petition, the Clerk will close this original action.

**PETITION TRANSFERRED to the district court.**